*Filed*

**FILED**
NOV - 3 2004
LEONARD GREEN, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 03-3577

UNITED STATES OF AMERICA,
    Plaintiff - Appellee,

v.

*CR-1-02-88*

DANNY BURGIN,
    Defendant - Appellant.

Before:   KRUPANSKY and COLE, Circuit Judges; COOK, District Judge.

## JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the conviction and sentence of the district court are AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Leonard Green, Clerk