UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-3577

04 NOV 30 PM 2: 19

Filed: November 29, 2004

1:02-CR-00088
Beckwith

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DANNY BURGIN

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 11/3/04 the mandate for this case hereby issues today.

A True Copy.

No costs taxed

Attest:

Filing Fee ...........$
Printing ............$

    Total ........$

Deputy Clerk