FOR YOUR INFORMATION

Nancy

## Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

03-3577

02-00088

RECEIVED
Beckwith
FEB
LEONARD GREEN, Clerk

William K. Suter
Clerk of the Court
(202) 479-3011

February 23, 2005

FILED
MAR 1 6 2005
LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Danny Burgin
v. United States
No. 04-8785
(Your No. 03-3577)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 28, 2005 and placed on the docket February 23, 2005 as No. 04-8785.

Sincerely,

William K. Suter, Clerk

by
Heather Trant
Case Analyst