**FOR YOUR INFORMATION**

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

*Nancy*

02-0008 8
Cincinnati
Beckwith

RECEIVED
MAR 2 4 2005
LEONARD GREEN, Clerk

03-3577

William K. Suter
Clerk of the Court
(202) 479-3011

March 21, 2005

FILED
MAR 2 8 2005
LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

1:02cr88
Beckwith

FILED
05 APR 15 AM 9:23
JAMES BONINI
CLERK

Re:   Danny Burgin
      v. United States
      No. 04-8785
      (Your No. 03-3577)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk