# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

United States of America,
        Plaintiff,

vs.                                     Case No.   1:02-cr-88

Danny Burgin,
        Defendant

## ORDER

This matter is before the Court on Defendant's pro se "Motion Pursuant to 18 U.S.C. § 3582(c)(2) to Modify And Correct Sentence." (Doc. 38).  The United States is **ORDERED** to file a response to the motion no later than May 23, 2008.

Date: May 16, 2008                  s/Sandra S. Beckwith
                                    Sandra S. Beckwith, Chief Judge
                                    United States District Court