UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR-1-02-088 |
| | : | |
| v. | : | **NOTICE OF APPEARANCE** |
| | : | |
| DANNY BURGIN | : | J. Beckwith |

- - - - - - - - - - - - - - - - - - - - -

William E. Hunt, First Assistant United States Attorney, Southern District of Ohio, hereby gives notice to the Court that he is entering an appearance as co-counsel for the United States in the above captioned case.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    s/William E. Hunt
    WILLIAM E. HUNT (0024951)
    First Assistant U.S. Attorney
    221 East Fourth Street
    Suite 400
    Cincinnati, Ohio  45202
    (513) 684-3711
    Fax:  (513) 684-6710
    William.Hunt@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 19th day of May, 2008, by regular U.S. Mail on Danny Burgin, #03605-061, Federal Prison Camp, P.O. Box 6000, Ashland, KY 41105.

    s/William E. Hunt
    WILLIAM E. HUNT (0024951)
    First Assistant U.S. Attorney