AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Danny Burgin ) | Case No: 1:02-CR-088 |
| ) | USM No: 03605-061 |
| Date of Previous Judgment: April 7, 2003 ) | Pro Se Defendant |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

X DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____          Amended Offense Level: _____
Criminal History Category: _____       Criminal History Category: _____
Previous Guideline Range: ____ to ____ months   Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant's statutory mandatory minimum sentence imposed pursuant to 18 U.S.C. §§922(g)(1) and 924(e) is not affected by the Guidelines amendment, as his sentencing range would not differ under the new Guideline applicable to 21 U.S.C.§§ 841(a)(1) and (b)(1)(B)(iii) for which Defendant was sentenced to a concurrent term of imprisonment.

Except as provided above, all provisions of the judgment dated  April 7, 2003  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  5/28/08

Judge's signature

Effective Date: _____
(if different from order date)

Sandra S. Beckwith, Chief Judge
Printed name and title